

Misc. No. 14–8008/AR.   Timothy B. Hennis, Petitioner v. Siobahn Ledwith, Colonel, United States Army, Commandant, U.S. Disciplinary Barracks, the United States Army, and the United States, Respondents. CCA 20100304. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.

Tuesday, January 28, 2014

No. 14–0313/AR.   U.S. v. Christopher R. Darbyshire.   CCA 20110026.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, ***up to and including February 6, 2014, and absent extraordinary circumstances, no further extension of time will be granted in this case.***

No. 14–0358/AF.   U.S. v. Jonathan K. Rowell.   CCA S31991.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 13, 2014.

No. 14–0361/AF.   U.S. v. Donald R. Swiger, Jr.   CCA 38231.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 13, 2014.

No. 14–0364/AR.   U.S. v. Keith A. Jackson.   CCA 20120026.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted February 13, 2014.

No. 14–0368/AR.   U.S. v. Dennis E. Dockery.   CCA 20110796.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 18, 2014.

No. 14–0370/AF.   U.S. v. Michael W. Gleiser.   CCA 38155.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 18, 2014.

No. 14–0371/AF.   U.S. v. Larry M. Palmer III.   CCA 38184.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 18, 2014.

Thursday, January 30, 2014

No. 14–0158/AF.   U.S. v. Candice N. Cimball Sharpton.   CCA 38027.   Review granted on the following issue: